**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**TIM ALLDREAD, ET AL.**                                                                    **PLAINTIFFS**

**VS.**                                                   **CIVIL ACTION NO.:  4:26-CV-56-DMB-JMV**

**ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY AND JOHN DOES 1-5**                         **DEFENDANTS**

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

THIS MATTER is before the Court on the unopposed motion of Defendant Allstate Vehicle and Property Insurance Company seeking an extension of time through May 29, 2026, to answer or otherwise respond to Plaintiff's Complaint. [Doc. 5]. Having considered said motion, the Court finds that it is well taken and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Defendant Allstate is hereby granted up to and including May 29, 2026, in which to answer or otherwise respond to Plaintiff's Complaint.

THIS the 27th day of May, 2026.

*/s/ Jane M. Virden*
HONORABLE JANE VIRDEN
UNITED STATES MAGISTRATE JUDGE