**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**TIM ALLDREAD, ET AL.** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.: 4:26-CV-56-DMB-JMV**

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND JOHN DOES 1-5** **DEFENDANTS**

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF EXPERT DESIGNATION DEADLINES**

THIS MATTER is before the Court on the parties' joint motion for a 21-day extension of their respective expert designation deadlines [Doc. 22]. Having considered said motion, the Court finds that it is well taken and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' deadline to designate experts shall be reset to October 21, 2026; and Defendant's deadline to designate experts shall be reset to November 20, 2026. The Court also notes that there was a typographical error in the Case Management Order, and that the correct motions deadlines are as follows: Daubert motions must be filed by February 1, 2027; and dispositive motions must be filed by March 2, 2027.

SO ORDERED, this the 29th day of September, 2026.

*<u>/s/ Jane M. Virden</u>*
HONORABLE JANE VIRDEN
UNITED STATES MAGISTRATE JUDGE